IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEVEN ROBERT PARROTT | ) |
| | ) |
| v. | ) NO. 3-13-0820 |
| | ) JUDGE CAMPBELL |
| HOUSTON COUNTY SHERIFF'S OFFICE, et al. | ) ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 44), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motions for Summary Judgment (Docket Nos. 31 and 36) are GRANTED, and this case is DISMISSED with prejudice. Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE